UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

IN RE:                                                          CASE NUMBER:

Kimberly Lavone Bell                         09-10941-8-JRL

           DEBTOR                                 CHAPTER 13

ORDER DISMISSING APPEAL

      The matter before the court is the notice of appeal filed on September 17, 2010 by Kimberly Lavone Bell from the court's order of September 3, 2010.

      The court finds that the appellant failed to file a designation of items to be included in the record on appeal and a statement of issues to be presented as required by Rule 8006 of the Federal Rules of Bankruptcy Procedure.  By memorandum dated September 17, 2010, the court directed the appellant's attention to this rule; however, the designation of items and statement of issues have not been filed.

      Accordingly, the notice of appeal filed by Kimberly Lavone Bell on September 17, 2010, is hereby DISMISSED.

DATED: November 15, 2010

_____
LOUISE W. FLANAGAN
Chief U.S. District Judge